UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN WILLIAMS and TANYA
WILLIAMS,

    Plaintiffs,

v.   Case No. 09-12106
    Honorable Patrick J. Duggan

JP MORGAN MORTGAGE
ACQUISITION CORP.,

    Defendant.
_____/

## JUDGMENT

This action arises from the foreclosure of real property in Addison Township, Michigan, owned by Plaintiffs Steven Williams and Tanya Williams (collectively "Plaintiffs"). In a Complaint filed on May 21, 2009, in the Circuit Court for Oakland County, Michigan, Plaintiffs allege that Defendant JP Morgan Acquisition Corporation ("Defendant") promised that it would modify Plaintiffs loan on the property and delay a Sheriff's Sale during the loan modification process. Plaintiffs allege the following "claims" against Defendant based on these alleged promises: (I) Quiet Title; (II) Unjust Enrichment; (III) Breach of Implied Agreement/Specific Performance; (IV) Constructive Trust; and (V) Injunction. Defendant removed the Complaint to this Court pursuant to 28 U.S.C. §§ 1332(a) and 1441 on June 1, 2009, and on January 15, 2010, filed a motion for summary judgment. In an Opinion and Order entered on this date, the Court held that Defendant is entitled to summary judgment with respect to Plaintiffs' claims.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Judgment is entered in favor of Defendant and against Plaintiffs and Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

DATE: March 19, 2010

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Darwyn P. Fair, Esq.
Joseph H. Hickey, Esq.
Brandon M. Blazo, Esq.